C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
SENNETT H. SWIFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-mj-306 JFM |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| SENNETT H. SWIFT, | |
| Defendants. | |

STIPULATION

This matter is on today's 2:00 calendar in the courtroom of the Honorable Dale A. Drozd. AUSA Matt Stegman and I are jointly requesting that the above matter be taken off the 2:00 calendar today and placed on the same calendar December 3, 2007. I received late yesterday both an information and a plea agreement relating to the above case. Due to my schedule, I have not been able to go over those documents with my client, Mr. Swift.

It has been our position that Mr. Swift will waive indictment, and waive time for a speedy preliminary hearing. It is my understanding that he entered those waivers at the last appearance. This continuance would also be requested under local code T-4 for preparation of counsel.

All parties hereby agree and stipulate to a continuance of the court appearance that was scheduled for November 8, 2007, at 2:00 p.m., to December 3, 2007, at 2:00 p.m. They further

- 1

stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   11-8-07            /s/ C. EMMETT MAHLE

C. EMMETT MAHLE
Attorney for Defendant
JAIME ANGELES-VAZQUEZ

DATED:   11-8-07            /s/ MATT STEGMAN

MATT STEGMAN
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the hearing scheduled for November 8, 2007, at 2:00 p.m. is hereby continued to **December 3, 2007, at 2:00 p.m., in the courtroom of the Honorable Edmund F. Brennan**.   Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED:  November 8, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/swift0306.stipord

- 2 -